No. 894. FOX *v.* CAPITAL COMPANY. May 18, 1936. Petition for writ of certiorari to review the order of the Circuit Court of Appeals for the Second Circuit of March 5, 1936, dismissing the appeal from the order of the United States District Court for the Southern District of New York, entered on February 20, 1936, granted, limited to the question of the jurisdiction of the Circuit Court of

Appeals. *Mr. Benjamin Reass* for petitioner. No appearance for respondent.